NUMBER 13-03-413-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________________


JOANN TARTALONE, Appellant,


v.



LEONARD TARTALONE, Appellee.

________________________________________________________________


On appeal from the 319th District Court


of Nueces County, Texas.


________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Castillo


Opinion Per Curiam


 Appellant, JOANN TARTALONE, perfected an appeal from a judgment entered
by the 319th District Court of Nueces County, Texas, in cause number 02-1384-G. 
After the notice of appeal was filed, appellant filed a motion to dismiss the appeal. 
Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 23rd day of October, 2003.